UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES EDWARD SCOTT, aka<br>Whop Whop, et al.,<br><br>Defendants. | Criminal Action No. 3:22-CR-26 |

## Order Granting Motion for Protective Order

The United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia, by Assistant United States Attorney Lara K. Omps-Botteicher, has moved for an order protecting the disclosure of certain discovery materials. For good cause therein shown, this Court

ORDERS that defense counsel is hereby PROHIBITED from giving to the defendant or to any person outside the defense team, copies of disclosed discovery materials which (1) identify informants and cooperating witnesses, (2) contain digital data from an electronic device or media such as cell phones and social media accounts, including Title III interceptions, (3) marked highly sensitive documents, (4) covert audio and video recordings of controlled purchases to prevent the possibility of dissemination to other persons, (5) body-worn camera footage, and (6) disclosures made pursuant to Jencks/Giglio.

It is further ORDERED that should any defendant have a specific reason to object to this motion, counsel may do so and the Court will consider the motion.

This ORDER shall remain in effect until further order of the Court.

It is further ORDERED that copies of this ORDER be provided to all counsel of record.

DATED: May 27, 2022

Hon. Robert W. Trumble
United States Magistrate Judge